UNITED STATES BANKRUPTCY COURT

DISTRICT OF    NEVADA

In Re. SHANA DAWN DAVIS

§
§
§
§

Debtor(s)

Case No.  24-12632

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 05/31/2024

Petition Date: 05/28/2024

Months Pending: 0

| Industry Classification: | 8 | 1 | 2 | 9 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Matthew Knepper,  Esq.
Signature of Responsible Party

06/26/2024
Date

Matthew Knepper
Printed Name of Responsible Party

5502 S. Fort Apache Road, Suite 200
Las Vegas, NV 89148
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                          1

Debtor's Name  SHANA DAWN DAVIS                                 Case No.  24-12632

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $2,490 | |
| b. Total receipts (net of transfers between accounts) | $400 | $400 |
| c. Total disbursements (net of transfers between accounts) | $2,824 | $2,824 |
| d. Cash balance end of month (a+b+c) | $65 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $2,824 | $2824 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory   (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $7,277,767 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $1,861,158 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $2,979,937 |
| n. Total liabilities (debt) (j+k+l+m) | $4,841,095 |
| o. Ending equity/net worth (e-n) | $2,436,672 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $239,158 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $186,143 | |
| c. Gross profit (a-b) | $53,015 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $53,015 | $53,015 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  SHANA DAWN DAVIS                                              Case No.  24-12632

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Nevada Bankruptcy Attorneys | Lead Counsel | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  SHANA DAWN DAVIS                                    Case No.  24-12632

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name SHANA DAWN DAVIS                                                  Case No. 24-12632

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxviii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)      5

Debtor's Name  SHANA DAWN DAVIS                                    Case No.  24-12632

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  SHANA DAWN DAVIS                                    Case No.  24-12632

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  SHANA DAWN DAVIS                                   Case No.  24-12632

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○   No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○   No ◉

c. Were any payments made to or on behalf of insiders?   Yes ○   No ◉

d. Are you current on postpetition tax return filings?   Yes ◉   No ○

e. Are you current on postpetition estimated tax payments?   Yes ◉   No ○

f. Were all trust fund taxes remitted on a current basis?   Yes ◉   No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○   No ◉

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ○   No ○   N/A ◉

i. Do you have:          Worker's compensation insurance?   Yes ○   No ◉

            If yes, are your premiums current?   Yes ○   No ○   N/A ◉   (if no, see Instructions)

            Casualty/property insurance?   Yes ◉   No ○

            If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

            General liability insurance?   Yes ○   No ◉

            If yes, are your premiums current?   Yes ○   No ○   N/A ◉   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ○   No ◉

k. Has a disclosure statement been filed with the court?   Yes ○   No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉   No ○

Debtor's Name  SHANA DAWN DAVIS                                     Case No.  24-12632

| | **Part 8: Individual Chapter 11 Debtors (Only)** | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $2,890 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $2,890 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $2,824 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $2,824 |
| j. | Difference between total income and total expenses (d-i) | $65 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/Shana Dawn Davis

**Signature of Responsible Party**

Debtor

**Title**

SHANA DAWN DAVIS

**Printed Name of Responsible Party**

07/23/2024

**Date**

# NEVADA STATE BANK®
### THE DOOR TO YOUR FUTURE

**Statement of Accounts**

This Statement: June 07, 2024
Last Statement: May 09, 2024

PO BOX 26547
SALT LAKE CITY, UT 84126-0547

Primary Account: ■9930

0001001          2316-06-0000-NSB-PC0021-00003

**Direct Inquiries to:**
800-727-4743
WWW.NSBANK.COM

SHANA DAVIS
1811 LANGLEY ESTATES DR
LAS VEGAS, NV 89117-7915

---

## Foreign Check Clearing Fee Changes

Beginning August 15, 2024, Nevada State Bank will update the Foreign Clearing Items services and corresponding fees:

- Canadian Check Clearing Fee is increasing from $2.50 to $10 per item
- Foreign Check Clearing Fee will remain at $50 per item (no change)
- USD Check Clearing Fee (NEW): $25 per item

For additional information, please refer to the Schedule of Fees Disclosure located in the Agreement Center on www.nsbank.com.

---

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance |
|---|---|---|
| PREMIUM INTEREST CHECKING | ■9930 | $1,926.22 |

### PREMIUM INTEREST CHECKING 0985479930                                                   0202

| | Previous Balance | Deposits/Credits | Withdrawals/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|---|
| Count: | | 38 | 181 | 0 | |
| Amount: | 2,405.36 | 24,580.63 | 25,059.77- | 0.00 | 1,926.22 |

## TRANSACTIONS

| Date | Description | Deposits/Credits | Withdrawals/Debits |
|---|---|---|---|



A division of Zions Bancorporation, N.A. Member FDIC.

0001001-0000001-0002022

June 07, 2024
SHANA DAVIS
993C

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

### PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM

You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANS ACTIONS
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned

1.  Tell us your name and account number.
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

*For REDDI RESERVE accounts:* You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at Nevada State Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

*For electronic transfers:* We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at Nevada State Bank, PO Box 990, Las Vegas, NV 89125-0990, or 383-0009 (Las Vegas), 852-6611 (Reno) or 1-800-727-4743 (all other areas). For Telephone Bill Pay errors or questions, telephone us at 1-800-835-0551.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-727-4743.

We may report information about your Reddi-Reserve account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: Nevada State Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

### Thank you for banking with Nevada State Bank.

### Online Banking is available for 24-hour account access.

Review account balances • Review posted transactions • Pay bills • Transfer funds

### Sign up today at WWW.NSBANK.COM or call 1-888-835-0551 to enroll.

0001001-0000001-0002022



# NEVADA STATE BANK®
THE DOOR TO YOUR FUTURE

June 27, 2024
SHANA DAVIS
993C

PO BOX 26547
SALT LAKE CITY, UT 84126-0547

*Continued ...*



A division of Zions Bancorporation, N.A. Member FDIC



# NEVADA STATE BANK®
### THE DOOR TO YOUR FUTURE

PO BOX 26547
SALT LAKE CITY, UT 84126-0547

June 07, 2024
SHANA DAVIS
993C

Continued ...



| Date | Description | Deposits/Credits | Withdrawals/Debits |
|---|---|---|---|
| 05/24 | 2431605H0FYMBWA8L SHELL OIL 57441571007 LAS VEGAS NV 1545 | | 44.11- |
| 05/28 | ONLINE XFER TO DDA LV II PROPERTI ID:000299163 | | 600.00- |
| 05/28 | ONLINE XFER TO DDA LV II PROPERTI ID:000443736 | | 55.00- |

A division of Zions Bancorporation, N.A. Member FDIC



**NEVADA STATE BANK**

THE DOOR TO YOUR FUTURE

June 07, 2024
SHANA DAVIS
█████93C

PO BOX 26547
SALT LAKE CITY, UT 84126-0547

Continued ...

| Date | Description | Deposits/<br>Credits | Withdrawals/<br>Debits |
|---|---|---|---|
| 05/28 | 2469216H22Z14F150 Amazon.com*304I44W13 Amzn.com/bill WA 0022 | | 69.93- |
| 05/28 | 2469216H22Z3RJHTE AMZN Mktp US*ID5ED36K3 Amzn.com/bill WA 02 | | 32.50- |
| 05/28 | 2479338H200Y310JJ OnStar, LLC 888-4667827 MI 0320 | | 9.99- |
| 05/28 | 2469216H22Z1LXXTY AMZN Mktp US*2J89M2973 Amzn.com/bill WA 09 | | 160.30- |
| 05/28 | 2469216H22Z01ZPPE Amazon.com*LB31542H3 Amzn.com/bill WA 0814 | | 58.36- |
| 05/28 | 2443106H25V1M386E BARBIZON USA 800-330-8361 FL 0908 | | 1,500.00- |
| 05/29 | ONLINE XFER FROM DDA NUMBER 1 ESC ID:001154325 | 300.00 | |
| 05/30 | POS PURCHASE AMAZON.COM*WN24Z50H3 SEATTLE WA US | | 65.00- |
| 05/30 | POS PURCHASE AMAZON.COM*IU1MQ9ZY3 SEATTLE WA US | | 19.47- |
| 05/30 | 2442733H6MHE0594M MCDONALD'S F8206 LAS VEGAS NV 1922 | | 17.51- |
| 05/30 | 2469216H732GWZXNB CHEVRON 0385694 LAS VEGAS NV 1959 | | 8.66- |
| 05/31 | 2469216H732P7T8S1 AMZN Mktp US*Z74YQ2Q93 Amzn.com/bill WA 19 | | 32.50- |
| 05/31 | 2431605H7FZO26EXB SHELL OIL 57446216509 LAS VEGAS NV 1933 | | 38.96- |
| 05/31 | 2431605H7FZO2EE9P SHELL OIL 57446216509 LAS VEGAS NV 1935 | | 2.16- |
| 05/31 | 2469216H732K73P9G CHEVRON 0387672 LAS VEGAS NV 2133 | | 25.72- |
| 05/31 | 2469216H833AJ50B5 AMZN Mktp US*688TD66Y3 Amzn.com/bill WA 16 | | 60.63- |
| 05/31 | ONLINE XFER FROM DDA NUMBER 1 ESC ID:001625097 | 100.00 | |
| 05/31 | POS PURCHASE AMAZON.COM*LJ00R2043 SEATTLE WA US | | 67.69- |
| 06/03 | POS PURCHASE UBER *TRIP San Francisco CA US | | 1.00- |
| 06/03 | ONLINE XFER FROM DDA LV II PROPER ID:700008082 | 100.00 | |
| 06/03 | ONLINE XFER FROM DDA SECOND CHANC ID:000118238 | 400.00 | |
| 06/03 | POS PURCHASE UBER *TRIP San Francisco CA US | | 35.20- |
| 06/03 | POS PURCHASE UBER *TRIP San Francisco CA US | | 31.83- |
| 06/03 | POS PURCHASE AMAZON.COM*B64I60VJ3 SEATTLE WA US | | 36.78- |
| 06/03 | POS PURCHASE UBER *TRIP San Francisco CA US | | 29.08- |
| 06/03 | ONLINE XFER TO DDA LV II PROPERTI ID:000643105 | | 15.00- |
| 06/03 | ONLINE XFER FROM DDA LV II PROPER ID:002352286 | 100.00 | |
| 06/03 | 2469216HA352T7KZT AMZN Mktp US*6J6XU4LV3 Amzn.com/bill WA 08 | | 82.85- |
| 06/03 | 2419880HAQ8WFJZE8 PAYPAL *GRANTWATCH 4029357733 FL 0432 | | 45.00- |
| 06/03 | 2469216H934MEL2GX AMZN Mktp US*MS8EX60V3 Amzn.com/bill WA 08 | | 248.07- |
| 06/03 | 2469216HA34WZ8ZJD AMZN Mktp US*ES9PV8053 Amzn.com/bill WA 12 | | 18.41- |
| 06/04 | ONLINE XFER FROM DDA NUMBER 1 ESC ID:000615794 | 200.00 | |
| 06/04 | ONLINE XFER FROM DDA NUMBER 1 ESC ID:000748132 | 500.00 | |
| 06/04 | 2490641HB5VR2WZVF Microsoft*Xbox msbill.info WA 1846 | | 22.99- |
| 06/04 | 2490641HB5VR3A2GH ATRIA apps 833-2258373 WY 1849 | | 19.99- |
| 06/05 | POS PURCHASE UBR* POSTMATES San Francisco CA US | | 26.40- |
| 06/05 | ONLINE XFER FROM DDA NUMBER 1 ESC ID:001027938 | 2,500.00 | |
| 06/05 | POS PURCHASE AMAZON.COM*7W52Y69E3 SEATTLE WA US | | 21.45- |
| 06/06 | ONLINE XFER FROM DDA NUMBER 1 ESC ID:000344381 | 100.00 | |
| 06/06 | ONLINE XFER FROM DDA LV DOG INC ID:000345327 | 200.00 | |
| 06/06 | WITHDRAWAL | | 500.00- |
| 06/06 | POS PURCHASE UBR* POSTMATES San Francisco CA US | | 39.43- |
| 06/06 | ONLINE XFER TO DDA LV II PROPERTI ID:001090096 | | 120.00- |
| 06/06 | ONLINE XFER FROM DDA LV II PROPER ID:001139284 | 22.00 | |
| 06/06 | ONLINE XFER FROM DDA LV II PROPER ID:001139328 | 0.60 | |
| 06/06 | ONLINE XFER FROM DDA SECOND CHANC ID:001138543 | 2.00 | |
| 06/06 | 2449215HEMNP9SNGN AIRBNB HMTCE89PDN AIRBNB.COM CA 1626 | | 2,195.64- |
| 06/06 | 2469216HE2YTDO7BP CHEVRON 0207108 LAS VEGAS NV 1804 | | 102.83- |
| 06/06 | 2490641HD5VWP4B5J ATRIA apps 833-2258373 WY 1849 | | 19.99- |
| 06/06 | 2469216HD2YNDKOKE Amazon.com*EO6000LF3 Amzn.com/bill WA 1411 | | 190.68- |
| 06/06 | 2469216HE2YTX1D6D AMZN Mktp US*C072D1BL3 Amzn.com/bill WA 14 | | 32.50- |
| 06/06 | 2469216HD2YNEEEXB Amazon.com*SX8Q13NY3 Amzn.com/bill WA 1418 | | 17.10- |
| 06/07 | ONLINE XFER FROM DDA LV DOG INC ID:000297775 | 5,000.00 | |
| 06/07 | ONLINE XFER FROM DDA NUMBER 1 ESC ID:000547532 | 900.00 | |
| 06/07 | ONLINE XFER FROM DDA LV DOG INC ID:000548558 | 675.00 | |
| 06/07 | WITHDRAWAL | | 4,000.00- |
| 06/07 | POS PURCHASE TOWN SQUAR LAS VEGAS NV US | | 72.37- |
| 06/07 | ATM WITHDRAWAL 6085 SOUTH RAINBOW BLV LAS VEGAS NV US | | 502.50- |
| 06/07 | ATM TRANSACTION FEE | | 2.50- |
| 06/07 | POS PURCHASE TOWN SQUAR LAS VEGAS NV US | | 72.47- |
| 06/07 | ONLINE XFER TO DDA LV II PROPERTI ID:001299743 | | 500.00- |
| 06/07 | ONLINE XFER TO DDA LV II PROPERTI ID:001301186 | | 200.00- |
| 06/07 | ONLINE XFER FROM DDA LV II PROPER ID:001314107 | 800.00 | |
| 06/07 | 2403638HF22JZ7OK5 PAYPAL *HULU 402-935-7733 CA 0518 | | 7.99- |
| 06/07 | 2449215HFLVX4YR7T UBR POSTMATES HELP.UBER.COM CA 1948 | | 22.32- |
| 06/07 | 2469216HE2Z2FQYT8 TST* MILKCOW CAFE - LAS V Las Vegas NV 185 | | 19.08- |


0001001-0000003-0002024

# NEVADA STATE BANK®

### THE DOOR TO YOUR FUTURE

June 07, 2024
SHANA DAVIS
█████93C

PO BOX 26547
SALT LAKE CITY, UT 84126-0547

*Continued ...*

| Date | Description | Deposits/ Credits | Withdrawals/ Debits |
|------|-------------|-------------------|---------------------|
| 06/07 | 2469216HE2YZ1NPA4 APPLE.COM/BILL 866-712-7753 CA 2231 | | 219.98- |
| 06/07 | 2469216HE2Z13MX62 AMZN Mktp US*KD8ZK6HL3 Amzn.com/bill WA 14 | | 102.57- |
| 06/07 | 2449216HE0012YXX6 DRYBAR SUMMERLIN 172-52106284 NV 1608 | | 64.75- |
| 06/07 | INTEREST PAYMENT | 0.01 | |

## CHECKS PROCESSED

There were no transactions this period.

## ACTIVITY COUNT

|  | During this period |
|--|--------------------|
| Total Items | 219 |
| Average Balance for this Statement Period | $1,109.13 |

## AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

|  | Total for This Period | Total Year-to-Date |
|--|-----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

## DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 05/10 | $1,621.06 | 05/21 | $1,039.92 | 05/31 | $65.36 |
| 05/13 | $1,640.12 | 05/22 | $875.08 | 06/03 | $122.14 |
| 05/14 | $877.48 | 05/23 | $2,513.01 | 06/04 | $779.16 |
| 05/15 | $590.49 | 05/24 | $2,489.74 | 06/05 | $3,231.31 |
| 05/16 | $464.06 | 05/28 | $3.66 | 06/06 | $337.74 |
| 05/17 | $451.57 | 05/29 | $303.66 | 06/07 | $1,926.22 |
| 05/20 | $895.07 | 05/30 | $193.02 | | |

## INTEREST

| Interest Earned This Statement Period | $0.01 | Number Of Days This Statement Period | 29 |
|---------------------------------------|-------|--------------------------------------|-----|
| Interest Paid Year-To-Date 2024 | $0.04 | Annual Percentage Yield Earned | 0.0100% |

A division of Zions Bancorporation, N.A. Member FDIC



12:38 PM

06/21/24

Cash Basis

# LV Dog Inc
# Profit & Loss
### May 2024

|  | May 24 |
|---|---|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **Rent Income - Escape Room** | 5,000.00 |
|     **Sales** | |
|       **Boarding Fees** | 142,961.87 |
|     **Total Sales** | 142,961.87 |
|   **Total Income** | 147,961.87 |
|   **Gross Profit** | 147,961.87 |
|   **Expense** | |
|     **Advertising and Promotion** | 4,395.35 |
|     **Automobile Expense** | 58.68 |
|     **Bank Charges** | 177.55 |
|     **Computer and Internet Expenses** | 701.95 |
|     **Credit Card Fees** | 1,352.44 |
|     **Independant Contractors** | |
|       **Josh Magness** | 3,100.00 |
|     **Total Independant Contractors** | 3,100.00 |
|     **Insurance Expense** | |
|       **Liability** | -1,116.00 |
|       **Workmans Comp** | 3,197.44 |
|     **Total Insurance Expense** | 2,081.44 |
|     **Legal** | 6,511.00 |
|     **Office Supplies** | 218.00 |
|     **Operational Expense** | 944.64 |
|     **Payroll Expenses** | |
|       **Payroll Exp - Outside Co** | 46,457.39 |
|     **Total Payroll Expenses** | 46,457.39 |
|     **Rent Expense** | |
|       **LV1 Rent** | 23,900.00 |
|       **LV2 Rent (LV II Properties)** | 10,000.00 |
|     **Total Rent Expense** | 33,900.00 |
|     **Repairs and Maintenance** | 312.00 |
|     **Supplies** | 813.75 |
|     **Telephone Expense** | 1,334.88 |
|     **Utilities** | 5,852.45 |
|     **Veterinary Fees** | 2,149.51 |
|   **Total Expense** | 110,361.03 |
| **Net Ordinary Income** | 37,600.84 |
| **Other Income/Expense** | |
|   **Other Expense** | |

12:38 PM
06/21/24
Cash Basis

**LV Dog Inc**
**Profit & Loss**
May 2024

|  | May 24 |
|---|---|
| **Donations - Second Chance Resc** | 3,485.36 |
| **Total Other Expense** | 3,485.36 |
| **Net Other Income** | -3,485.36 |
| **Net Income** | **34,115.48** |

**12:39 PM**

**Number 1 Escape Room, Inc.**

**06/21/24**

## Profit & Loss

**Cash Basis**

May 2024

|  | May 24 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 81,196.23 |
| **Total Income** | 81,196.23 |
| **Gross Profit** | 81,196.23 |
| **Expense** | |
| Advertising and Promotion | 10,185.12 |
| Automobile Expense | 313.44 |
| Bank Service Charges | 370.14 |
| Computer and Internet Expenses | 900.23 |
| Credit card fees | 1,423.69 |
| Independant Contractors | |
| Josh Magness | 3,000.00 |
| **Total Independant Contractors** | 3,000.00 |
| Insurance Expense | 1,352.09 |
| Office Expense | 641.46 |
| Operational Expenses | 2,963.52 |
| **Payroll Expense - Total** | 33,368.75 |
| Pest Svc | 76.65 |
| Rent Expense | |
| Rent - Sahara | 5,000.00 |
| Rent - Tropicana | 8,000.00 |
| **Total Rent Expense** | 13,000.00 |
| Repairs and Maintenance | 620.25 |
| Research | 31.18 |
| Telephone Expense | 1,290.31 |
| Utilities | 138.80 |
| Warehouse Rental | 1,640.95 |
| **Total Expense** | 71,316.58 |
| **Net Ordinary Income** | 9,879.65 |
| **Net Income** | **9,879.65** |

**Page 1**

11:44 AM
06/21/24
Cash Basis

# LV II Properties LLC
## Profit & Loss
### May 2024

|  | May 24 |
| --- | --- |
| **Ordinary Income/Expense** | |
| **Income** | |
| **Rental Income** | 10,000.00 |
| **Total Income** | 10,000.00 |
| **Expense** | |
| **Automobile Expense** | 935.44 |
| **Bank Service Charges** | 45.00 |
| **Total Expense** | 980.44 |
| **Net Ordinary Income** | 9,019.56 |
| **Net Income** | **9,019.56** |